To The Honorable USDC Judge Gayles                June 8, 2020

United States District Court

Southern District of Florida

Re: Case Number 20 – cv – 60779:

Plaintiff Stuart Friedman:

Dear Judge Gayles:



FILED BY ___MFC___ D.C.

JUN 08 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

    Please be respectfully advised that, as the old saying goes, "Time Fly's When We're Having Fun". I would like to respectfully say, that, Time Also Fly's when we as human beings are not feeling well. As we get older time seems to go faster. In any event I am hopeful that upon your Honor's receipt of this request for a short extension of time to amend my complaint, that your Honor is doing good. I have been burdened with unexpected illnesses within the last several weeks and as a result of such, I haven't been able to donate a sufficient amount of time in order to have finalized my amended and revised complaint.

    As a result of the above, I am respectfully seeking an additional 21 days from today, June 8, 2020 in order to have my documents perfected and submitted to this Court. In the event that your Honor would like to see some of my most recent documented medical records, I would be more than delighted to provide such. However, that isn't something that I would imagine you'll be wanting to review. But then again, that make two of us.

    With the above, I am respectfully pleading for this Court to make this my last request to perfect my amended complaint. If for whatever reason may come to surface, and for whatever it maybe that I wasn't able to have my documents perfected and submitted within the next 20 days, then I guess I'll have to start from scratch, which is something that I will try my hardest to avoid.

    Therefore, with the above this request will not cause my opposition any prejudice, as this is a new filing, and none of the defendant's will be subjected to any prejudicial issues. Contrary, it has been me that has been prejudiced, and that

is why we, as America Citizens have Courts, and Unbiased, Fair, and Honest Judges like your Honor in order to cure the devastating harm in which the defendant's have unjustifiably caused to my family and I.

Therefore with the above, I ask that your Honor allow me until the June 29th, 2020 to have my amended complaint submitted, as to allow me, as the aggrieved party to be granted the Justice that the U.S.C.A. Were enacted for by our forefathers. **GOD Bless Your Honor, GOD Bless America, GOD Bless Justice, GOD Bless My Family and Myself, Let Us All Say . . . . "AMEN".**

ORIGINAL SIGNED IN BLUE

Respectfully Submitted:

*[signature]*

Stuart Friedman

7711 Edgewater Drive

Lake Clarke Shores, FL 33406

1 (917) 602 – 2724

E / Mail :   andyandco20@yahoo.com

Dated This 8th Day of June 2020 from Palm Beach County Florida 33406

---

Hand delivered To The Clerk of Court Office Today June 8, 2020 For placement to the Docket Report of this case herein at bar. Thank You Sincerely Judge Gayles For my request for your Consideration for an additional 20 day extension. However, I am confident that my amended perfected resubmission shall be completed, finalized, and subsequently submitted prior to June 29, 2020. Thank You Again.